FILED
July 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
                        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: EP:25-CR-01674-KC |
| Plaintiff, | **I N D I C T M E N T** |
| v. | CT1: 18 USC § 111(a)(1) - Assault on a Federal Officer |
| LEIDER OCHOA-HUERFANO, | |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about June 4, 2025, in the Western District of Texas, Defendant,

**LEIDER OCHOA-HUERFANO,**

intentionally, forcibly assaulted, resisted, opposed, impeded, intimidated, interfered with R.L., a person designated in Title 18, United States Code, Section 1114, to wit: by striking R.L. on the face, who was then engaged in the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney